**DENY and Opinion Filed November 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00230-CV**

**IN RE NOE D. FLORES, Relator**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51283-2013**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

In this original proceeding, relator challenges the trial court's: (1) denial of his petition for writ of habeas corpus and writ of attachment; and (2) denial of his motion to dismiss for the real party of interest's lack of standing. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition for writ of mandamus, real party's response, and the record, we conclude that relator has failed to show a clear abuse

of discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210230F.P05